# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Allianz Global Risks US Ins. Co., ) | |
|         Plaintiff, ) | Case No. 2:21-cv-0443-RFB-BNW |
| vs. ) | **ORDER** |
| Elena Pineda, et al. ) | |
|         Defendants. ) | |

      In reviewing the docket in this case, it has come to the Court's attention that the plaintiff has not filed a motion for a scheduling conference. Local Rule 22-1 provides that in interpleader actions, "the plaintiff must file a motion requesting that the court set a scheduling conference . . . within 30 days after the first defendant answers or otherwise appears." A plaintiff's failure "to prosecute the interpleader action by failing to file the motion required by this rule" may result in dismissal of the action. LR 22-1. Here, Defendant Akash Patel filed an answer (ECF No. 7) on May 3, 2021. To date, the plaintiff has not filed a motion for a scheduling conference.

      IT IS THEREFORE ORDERED that by July 30, the parties must meet and confer and plaintiff must file a motion for a scheduling conference that includes proposed dates when all counsel are available.

DATED: July 19, 2021

                                                 **Brenda Weksler**
                                                 **United States Magistrate Judge**