Todd L. Moody (5430)
Richard L. Wade (11879)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Dr., Ste. 200
Las Vegas, NV 89145
Telephone: (702) 385-2500
tmoody@hutchlegal.com
rwade@hutchlegal.com

*Attorneys for Allianz Global Risks*
  *US Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELENA PINEDA, Special Administrator of the ESTATE OF HELENA LAGOS; and AKASH PATEL, Special Administrator of the ESTATE OF ANAND PATEL,<br><br>                    Defendants. | Case No.:  2:21-cv-00443-RFB-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Allianz Global Risks US Insurance Company ("Allianz") and Akash Patel, Special Administrator of the Estate of Anand Patel hereby stipulate to dismiss this action with prejudice. The matter has settled. Each party is to bear its own fees and costs.

Dated this 4th day of August, 2021.

HUTCHISON & STEFFEN, PLLC

_____
Todd L. Moody (5430)
Richard L. Wade (11879)
10080 West Alta Dr., Ste. 200
Las Vegas, NV 89145

*Attorneys for Allianz Global Risks*
  *US Insurance Company*

NETTLES | MORRIS

*/s/ Victoria Allen*_____
BRIAN D. NETTLES, ESQ. (7462)
CHRISTIAN M. MORRIS, ESQ. (11218)
VICTORIA R. ALLEN, ESQ. (15005)
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014

*Attorneys for Defendant, Akash Patel, Special*
  *Administrator of the Estate of Anand Patel*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 5th day of August, 2021.